IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR394 |
| DONNA LAKE, | ) ) | **ORDER** |
| Defendant. | ) ) | |

On December 21, 2006 the court had a conference call regarding the Motion to Quash [67] filed by defendant Donna Lake. The government was represented by Christian A. Martinez and the defendant was represented by Horacio J. Wheelock and Jim K. McGough. By mutual agreement of the parties, the depositions scheduled for December 27, 2006 were continued.

IT IS ORDERED:

1. That defendant's Motion to Quash [67] is granted; and

2. The depositions of witnesses Jaime Aramis Serpas-Escobar, Floriberto Olvera-Hernandez, and Ricardo Castro Hernandez shall be rescheduled for the week of January 8-12, 2007.

DATED this 21st day of December, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge