IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:06CR394
                               )
          v.                   )
                               )
DONNA LAKE,                    )          ORDER
                               )
               Defendant.      )
_____)
```

The Court has been advised defendant wishes to make an initial appearance and enter a plea.  Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Thursday, January 4, 2007, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 28th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom

_____
     LYLE E. STROM, Senior Judge
     United States District Court