IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR394 |
| | ) | |
| v. | ) | |
| | ) | |
| DONNA LAKE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the joint motion for release of material witnesses from the custody of the U.S. Marshal's Service to Immigration and Customs Enforcement (Filing No. 93). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. Material witnesses, Jaime Aramis Serpas-Escobar, Floriberto Olvera-Hernandez, and Ricardo Castro-Hernandez, be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers.

DATED this 29th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court