IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR394 |
| | ) | |
| v. | ) | |
| | ) | |
| DONNA LAKE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for release of material witnesses from the custody of the U.S. Marshal's Service to Immigration and Customs Enforcement (Filing No. 94). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted. The material witnesses listed below shall be immediately released from the custody of the U.S. Marshal's Service into the custody of the United States Bureau of Immigration and Customs Enforcement pursuant to that agency's detainers:

1. Arturo Carazal-Briseno, A 98-371-680;
2. Reyes Castanon-Rodriguez, A 76-875-122;
3. Rogelio Castro-Hernandez, A 98-371-654;
4. Rodolfo Chavez-Ortiz, A 91-664-256;
5. Jose Alfredo Diaz-Castro, A 98-371-649;
6. Jose Manuel Garcia-Vargas, A 98-371-656;
7. Gerardo Hernandez-Ruiz, A 76-669-536;
8. Fermin Hernandez-Tenorio, A 78-337-772;
9. Oscar Lara-Valadez, A 72-700-054;
10. Marcelino Mateo-Lucas, A 98-371-681;
11. Martin Moreno-Zamarripa, A 98-371-662;
12. Sabino Mendez-Andrade, A 29-666-908;
13. Antonio Moreno-Zamarripa, A 98-371-660;
14. Jorge Naveja-Garcia, A 98-371-661;

15. Jose Antonio Pedro-Pedro, A 98-371-651;
16. Nelson Antonio Resinos-Ayala, A 98-371-679;
17. Pedro Rodriguez-Angel, A 98-371-664;
18. Alejandro Rodriguez-Regalado, A 98-371-653;
19. Gilberto Valasquez-Matias, A 98-371-683;
20. Eriban Gurrola-Madrid, A 98-371-655;
21. Daniel Guzman-Cervantes, A 98-371-652;
22. Gilberto Hernandez-Ruiz, A 98-371-650;
23. Amador Hernandez-Hernandez, A 98-371-658;
24. Abraham Lopez, A 77-066-247;
25. Benjamin Rodriguez-Ramirez, A 98-371-648;
26. Fernando Trejo-Reyes, A 98-371-657;
27. Artemio Valasquez-Matias, A 98-371-684.

DATED this 29th day of December, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court